# McQueen v. The State.

APPEAL from Lowndes Circuit Court.
Tried before the Hon. JOHN R. TYSON.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for murder, was convicted of murder in the second degree, and sentenced to the penitentiary for 20 years. The appeal is dismissed, no question being reserved for the consideration of this court.

Opinion PER CURIAM.